# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2011

Robert P. Young, Jr.,
Chief Justice

142517

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC: 142517
                                COA: 287034
                                Ingham CC: 08-000412-AR

SIRDAREAN ADAMS,
         Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the January 6, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2011

_____
Clerk

y0713